NETTIE S. RICE, as Administratrix of the Estate of BIRD L. RICE, Deceased, Respondent, *v.* H. P. CUMMINGS CONSTRUCTION COMPANY, Appellant.

*Rice* v. *Cummings Construction Co.*, 169 App. Div. 832, affirmed.
(Argued December 15, 1916; decided January 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of the defendant, his employer. Plaintiff's intestate while employed as a carpenter engaged in constructing, tearing down and rebuilding temporary forms, scaffoldings and superstructures necessary to the building of a concrete dam across the Hudson river, was fatally injured by falling from a portion of said temporary structures to the river bed beneath. Plaintiff's claim is that while her intestate was nailing a board in an upright position near the outer edge of the staging, which was to brace the electrical equipment, he fell because a floor plank tipped up and there was no guard rail, and that negligence lay in violation of the requirements of the scaffolding act (Labor Law, § 18). Defendant claimed that Rice was himself engaged in demolishing the staging, and that he stepped upon a floor plank which he had torn loose, which tipped and caused him to fall between the floor stringers.

*Charles B. Sullivan* for appellant.

*James McPhillips* and *C. E. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.